**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KRISTINA R. QUARLES**                                                       **PLAINTIFF**

V.                    **CASE NO. 5:13CV00188-BSM**

**S. BOHANNAN, et al.**                                                  **DEFENDANTS**

## ORDER

This case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2) because plaintiff Kristina R. Quarles has failed to supplement her complaint pursuant to the order of June 19, 2013, [Doc. No. 3] and has failed to submit a current request to proceed *in forma pauperis* pursuant to the order of July 2, 2013 [Doc. No. 6]. Quarles was cautioned that failing to respond to could result in dismissal.

IT IS SO ORDERED this 4th day of December 2013.

_____
UNITED STATES DISTRICT JUDGE