IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KRISTINA R. QUARLES                                                                        PLAINTIFF

V.                              CASE NO. 5:13CV00188-BSM-BD

S. BOHANNAN, et al.                                                                    DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 4th day of December 2013.

_____
UNITED STATES DISTRICT JUDGE