**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KRISTINA R. QUARLES**                                                                    **PLAINTIFF**
**ADC #760441**

**v.**                          **CASE NO. 5:13CV00188 BSM**

**S. BOHANNON, et al.**                                                        **DEFENDANTS**

## ORDER

Plaintiff Kristina Quarles's complaint is dismissed without prejudice for failure to comply with the September 20, 2014, order [Doc. No. 14], and her motion for copies [Doc. No. 19], motion to remove strike(s) [Doc. No. 20], and motion to proceed *in forma pauperis* [Doc. No. 21] are denied as moot. Quarles was directed to send an application to proceed *in forma pauperis* within thirty days of the September 20, 2014, order, and that failure to comply with the order could result in dismissal. Quarles submitted an *in forma pauperis* application on May, 8, 2015—almost six months too late. As a result, her complaint is dismissed without prejudice, and the pending motions [Doc. Nos. 19–21] are denied as moot.

IT IS SO ORDERED this 5th day of June 2015.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE